(4)



UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                              )   Case No. 05-28958-C-7
                                                    )
JUAN B. VELASQUEZ and                              )   DC No. PDM-1
RITA A. VELASQUEZ,                                 )
                                                    )
       Debtors.                                    )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

Jurisdiction

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(G).

Findings of Fact

Debtors filed this voluntary chapter 7 petition on July 22, 2005. Debtors scheduled real property commonly known as

17

1511 Veranda Court, Tracy, California ("the property") as an asset of the estate. The property was scheduled as exempt in the amount of $125,000. The chapter 7 trustee filed a report finding that there was no property available for distribution from the estate over and above that exempted by debtor.

On August 30, 2005, Bank of America, N.A. ("movant") filed a motion, notice, and declaration requesting that this court vacate the automatic stay to permit movant to commence foreclosure proceedings against the property. The motion and declaration establish that the debtor owes the movant approximately $62,000.00. The value of the property is approximately $475,000. Additionally, the court notes that movant's motion requests attorney's fees and costs incurred for the filing of the motion.

On September 27, 2005, a hearing was held on movant's motion for relief from the automatic stay.

Conclusions of Law

The automatic stay of acts against the debtor in personam and of acts against property other than property of the estate continues until the earliest of the time when the bankruptcy case is closed, dismissed, or an individual in a chapter 7 case is granted a discharge. 11 U.S.C. § 362(c). However, the automatic stay may be terminated earlier if debtor fails to adequately protect the secured party's interest, § 362(d)(1), and, with respect to a stay of an act against property, the debtor does not have equity in the property, § 362(d)(2)(A), and the property is not necessary to an effective

reorganization. § 362(d)(2).

Because the chapter 7 trustee filed a no asset report, the motion will be granted as to the trustee. As to the debtors, they have equity in the property in excess of $88,000. As such, the motion requesting relief from the automatic stay as against the debtors shall be denied without prejudice.

Additionally, the court will deny movant's requests for attorney's fees and costs because all of the requirements of 11 U.S.C. § 506(b) are not satisfied. Although movant holds an allowed secured claim and is oversecured, movant's request for attorneys' fees and costs is not reasonable under the circumstances. In light of the fact that movant's motion was unnecessary, the court denies movant's requests for attorney's fees and costs. The debtor is deemed to be the prevailing party for purposes of California Civil Code § 1717.

An appropriate order will issue.

Dated: October 5, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Juan and Rita Velazquez
1511 Veranda Court
Tracy, CA 95377

Mark Nelson
215 McHenry Avenue
Modesto, CA 95354

Michael McGranahan
P.O. Box 5018
Modesto, CA 95352-5018

Bank of America, N.A.
c/o Pite Duncan & Melmet, LLP
Attn: Joan Huh
525 E. Main Street
P.O. Box 12289
El Cajon, CA 92022-2289

Office of the United States Trustee
United States Courthouse
501 I St., Suite 7-500
Sacramento, CA  95814

Dated:

10/6/05

_____
Deputy Clerk